## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** <br><br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> *J M Smith Corp. v. Actavis Holdco U.S. Inc., et al.* | **Civil Action No.** <br><br> **20-cv-04370** |

### DEFENDANT ALVOGEN, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Alvogen, Inc. states that it is a wholly owned subsidiary of Alvogen Pharma US, Inc. and that no publicly held corporation owns 10% or more stock of either entity.

2

Respectfully submitted,

AXINN, VELTROP & HARKRIDER LLP

By: */s/ Michael L. Keeley*

Michael L. Keeley
Rachel J. Adcox
950 F Street, NW
Washington, DC 20004
Tel: 202.912.4700
Fax: 202.912.4701
Email: mkeeley@axinn.com
radcox@axinn.com

Edward M. Mathias
90 State House Square
Hartford, CT 06013
Tel: 860.275.8112
Fax: 860.275.8101
Email: tmathias@axinn.com

Craig M. Reiser
114 West 47th Street
New York, NY 10036
Tel: 212.728.2218
Fax: 212.261.5654
Email: creiser@axinn.com

*Counsel for Defendant Alvogen, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

*/s/ Michael L. Keeley*
Michael L. Keeley